UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO MITCHELL, an individual<br><br>Plaintiff,<br><br>v.<br><br>MIDWAY INTERNATIONAL, INC., a California Corporation; et al<br><br>Defendants | Case No. 2:12-cv-14854-BAF-MJH<br><br>Judge: Hon. Bernard A. Friedman<br>Magistrate: Hon. Michael J. Hluchaniuk |

FILED
DEC 13 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Antonio Mitchell hereby voluntarily dismisses this case in its entirety, both as to the complaint and the amended complaint, *with prejudice*. Each side has agreed to bear its own attorneys' fees and costs. Plaintiff Antonio Mitchell also authorizes Midway's counsel to file this Notice with the Court.

Respectfully submitted this 6th day of December, 2012.

*Plaintiff, pro se*

Antonio Mitchell
16165 Forest
Eastpointe, Michigan 48021
Email: mike.mitchell22@yahoo.com
Phone: (313) 808-3404

Agreed to as to form by Defendants:

Matthew H. Heron (P61501)
CLARK HILL PLC
500 Woodward Ave., Suite 3500
Detroit, Michigan 48226
Email: mheron@clarkhill.com
Phone: (313) 965-8361
Fax: (313) 965-8252
*Counsel for Defendant,*
*Midway International, Inc.*

Glynn Jackson
Glynn Jackson Productions, LLC
4200 Kaywood Dr.
Mt. Rainier, Maryland 20712